UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60649-CIV-DIMITROULEAS

PETER VASQUEZ,                                      Magistrate Judge Rosenbaum

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER WITHDRAWING REFERENCE; GRANTING MOTION TO REMAND

    THIS CAUSE is before the Court upon Defendant's Motion to Remand [DE-7] and Memorandum in Support [DE-8], filed herein on October 24, 2008. The Court has carefully considered the Motion and Memorandum, notes Defendant certifies that Plaintiff does not object, and is otherwise fully advised in the premises.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) Reference of this case to the Magistrate [DE-3] is hereby **WITHDRAWN**;

2) Defendant's Motion to Remand [DE-7] is hereby **GRANTED**. Pursuant to Federal Rule of Civil Procedure 58(a) a separate final judgment will be issued.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of October, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Rosenbaum
Chris R. Borgia, Esq.
Rachel Entman, AUSA