UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60649-CIV-DIMITROULEAS

PETER VASQUEZ,   Magistrate Judge Rosenbaum

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER OF REMAND AND FINAL JUDGMENT

THIS CAUSE is before the Court upon the granting of Defendant's Motion to Remand.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) This cause is hereby **REVERSED AND REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) to the Commissioner to conduct further proceedings as follows:

    a. The ALJ shall provide Plaintiff with an opportunity for a new hearing and decision.

2) The Court hereby enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

3) All pending motions are denied as moot.

4) The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 24th day of October, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Clerk of Court
Magistrate Judge Rosenbaum
Chris R. Borgia, Esq.
Rachel Entman, AUSA